

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★  ★  ★                                    ★  ★  ★

# MEMORANDUM OPINION

No. 04-08-00851-CR

Christopher **BROCKWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-7861W
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   January 14, 2009

DISMISSED FOR WANT OF JURISDICTION

On November 13, 2006, appellant was placed on community supervision for a period of two years. On July 22, 2008, the State filed a motion to revoke appellant's community supervision; the State filed a supplemental motion on August 8, 2008. On August 21, 2008, the trial court entered an order continuing appellant on community supervision, but extending the term of community supervision to November 13, 2010 and modifying the terms of appellant's community supervision.

Appellant filed a notice of appeal from the trial court's order modifying the conditions of his community supervision. This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). On December 16, 2008, this court issued an order for appellant to show cause on or before December 31, 2008 why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel filed a response in which he states that he has reviewed the record and agrees that the court does not have jurisdiction and the appeal must be dismissed. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

Do not publish